UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-CR-20253-ARTAU(s)(s)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

BIENVENIDO LEO RODRIGUEZ,
    a/k/a "Leito,"
    a/k/a "El Viejo,"
ROBERTO RODRIGUEZ,
ALBERTO LEANDRO CURIEL,
PEDRO GONZALEZ ALVAREZ,
    a/k/a "Pedri,"
CLAUDIO ALBERTO BARRIOS,
    a/k/a "Pepin,"
RAIMUNDO ANTONIO ROCA-NARANJO,
ROBERTO JIMENEZ,
LUIS ALEJANDRO SALCEDO REY,
    a/k/a "Luisito,"
ROLANDO RODRIGUEZ LUGO,
    a/k/a "Roly,"
DIEGO DIAZ DE LA CRUZ,
LUCIA CUADRADO,
JORGE MAHIQUE PARETA,
MIGUEL MARQUEZ ROMERO,
    a/k/a "Miguelito,"
HEINRICH CASTILLO DIAZ,
    a/k/a "Henry,"
JOSE ARNALDO BERMUDEZ, JR.,
    a/k/a "Fat Boy,"
PAULO SABON MONTERO,
    a/k/a "Pipo,"
VALERIO ALVAREZ ABREU,
SANTOS SAAVEDRA,
    a/k/a "Ruty,"
EUSTAQUIO LUIS CARDOSO VELIZ,
    a/k/a "Luisito,"
GLENIS PEREZ MARTINEZ,

FILED BY_____BM_____D.C.

Dec 10, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

a/k/a "Wasi,"
YOVANIS FERNANDEZ,
MANUEL NUEZ,
   a/k/a "Manolo,"
LIVAN PADRON DUQUE,
   a/k/a "Pipito," and
JORGE FALLA,

      Defendants.

_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Distribute & Possess with the Intent to Distribute a Controlled Substance**
**21 U.S.C. § 846**

From at least as early as in or around October 2024, and continuing through on or about

June 10, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the

defendants,

**BIENVENIDO LEO RODRIGUEZ,**
**a/k/a "Leito,"**
**a/k/a "El Viejo,"**
**ROBERTO RODRIGUEZ,**
**ALBERTO LEANDRO CURIEL,**
**PEDRO GONZALEZ ALVAREZ,**
**a/k/a "Pedri,"**
**CLAUDIO ALBERTO BARRIOS,**
**a/k/a "Pepin,"**
**RAIMUNDO ANTONIO ROCA-NARANJO,**
**ROBERTO JIMENEZ,**
**LUIS ALEJANDRO SALCEDO REY,**
**a/k/a "Luisito,"**
**ROLANDO RODRIGUEZ LUGO,**
**a/k/a "Roly,"**
**DIEGO DIAZ DE LA CRUZ,**
**LUCIA CUADRADO,**
**JORGE MAHIQUE PARETA,**
**MIGUEL MARQUEZ ROMERO,**
**a/k/a "Miguelito,"**
**HEINRICH CASTILLO DIAZ,**
**a/k/a "Henry,"**
**JOSE ARNALDO BERMUDEZ, JR.,**

2

a/k/a "Fat Boy,"
**PAULO SABON MONTERO,**
a/k/a "Pipo,"
**VALERIO ALVAREZ ABREU,**
**SANTOS SAAVEDRA,**
a/k/a "Ruty,"
**EUSTAQUIO LUIS CARDOSO VELIZ,**
a/k/a "Luisito,"
**GLENIS PEREZ MARTINEZ,**
a/k/a "Wasi,"
**YOVANIS FERNANDEZ,**
**MANUEL NUEZ,**
a/k/a "Manolo,"
**LIVAN PADRON DUQUE,**
a/k/a "Pipito," and
**JORGE FALLA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, as well as with Oscar Del Pozo, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance attributable to the defendants, **BIENVENIDO LEO RODRIGUEZ, a/k/a "Leito," a/k/a "El Viejo," ROBERTO RODRIGUEZ, ALBERTO LEANDRO CURIEL, PEDRO GONZALEZ ALVAREZ, a/k/a "Pedri," CLAUDIO ALBERTO BARRIOS, a/k/a "Pepin," ROBERTO JIMENEZ, MIGUEL MARQUEZ ROMERO, a/k/a "Miguelito," HEINRICH CASTILLO DIAZ, a/k/a "Henry," JOSE ARNALDO BERMUDEZ, JR., a/k/a "Fat Boy," EUSTAQUIO LUIS CARDOSO VELIZ, a/k/a "Luisito," GLENIS PEREZ MARTINEZ, a/k/a "Wasi," and YOVANIS FERNANDEZ**, as a result of the defendants' own conduct, and the conduct of other conspirators reasonably attributable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

3

It is further alleged that the controlled substance attributable to the defendants, **LUIS ALEJANDRO SALCEDO REY, a/k/a "Luisito," ROLANDO RODRIGUEZ LUGO, a/k/a "Roly," DIEGO DIAZ DE LA CRUZ, LUCIA CUADRADO, JORGE MAHIQUE PARETA, VALERIO ALVAREZ ABREU, and MANUEL NUEZ, a/k/a "Manolo,"** as a result of the defendants' own conduct, and the conduct of other conspirators reasonably attributable to them, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

It is further alleged that the controlled substance attributable to the defendants, **RAIMUNDO ANTONIO ROCA-NARANJO, PAULO SABON MONTERO, a/k/a "Pipo," SANTOS SAAVEDRA, a/k/a "Ruty," LIVAN PADRON DUQUE, a/k/a "Pipito,"** and **JORGE FALLA**, as a result of the defendants' own conduct, and the conduct of other conspirators reasonably attributable to them, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### Distribution of a Controlled Substance
### 21 U.S.C. § 841(a)(1)

On or about November 1, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CLAUDIO ALBERTO BARRIOS,**
**a/k/a "Pepin," and**
**LUIS ALEJANDRO SALCEDO REY,**
**a/k/a "Luisito,"**

4

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
### Distribution of a Controlled Substance
### 21 U.S.C. § 841(a)(1)

On or about December 10, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**LUIS ALEJANDRO SALCEDO REY,**
**a/k/a "Luisito,"**
**ROLANDO RODRIGUEZ LUGO,**
**a/k/a "Roly," and**
**DIEGO DIAZ DE LA CRUZ,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 4
### Possession with Intent to Distribute a Controlled Substance
### 21 U.S.C. § 841(a)(1)

On or about January 27, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CLAUDIO ALBERTO BARRIOS,**
**a/k/a "Pepin,"**
**LUCIA CUADRADO, and**
**JORGE MAHIQUE PARETA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 5
**Possession with Intent to Distribute a Controlled Substance**
**21 U.S.C. § 841**

On or about January 31, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSE ARNALDO BERMUDEZ, JR.,**
**a/k/a "Fat Boy,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 6
**Possession with Intent to Distribute a Controlled Substance**
**21 U.S.C. § 841**

On or about April 1, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**BIENVENIDO LEO RODRIGUEZ,**
**a/k/a "Leito," a/k/a "El Viejo,"**
**ROBERTO RODRIGUEZ, and**
**CLAUDIO ALBERTO BARRIOS,**

6

**a/k/a "Pepin,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 7
**Possession with Intent to Distribute a Controlled Substance**
**21 U.S.C. § 841**

On or about May 27, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**BIENVENIDO LEO RODRIGUEZ,**
**a/k/a "Leito,"**
**a/k/a "El Viejo,"**
**ALBERTO LEANDRO CURIEL,**
**PEDRO GONZALEZ ALVAREZ,**
**a/k/a "Pedri," and**
**ROBERTO JIMENEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**COUNT 8**
**Possession of Firearm & Ammunition as a Previously Convicted Felon**
**18 U.S.C. § 922(g)(1)**

On or about June 11, 2025, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RAIMUNDO ANTONIO ROCA-NARANJO,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(l) and 924(a)(8).

**FORFEITURE ALLEGATIONS**

1.      The allegations of this Second Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **BIENVENIDO LEO RODRIGUEZ, a/k/a "Leito," a/k/a "El Viejo," ROBERTO RODRIGUEZ, ALBERTO LEANDRO CURIEL, PEDRO GONZALEZ ALVAREZ, a/k/a "Pedri," CLAUDIO ALBERTO BARRIOS, a/k/a "Pepin," RAIMUNDO ANTONIO ROCA-NARANJO, ROBERTO JIMENEZ, LUIS ALEJANDRO SALCEDO REY, a/k/a "Luisito," ROLANDO RODRIGUEZ LUGO, a/k/a "Roly," DIEGO DIAZ DE LA CRUZ, LUCIA CUADRADO, JORGE MAHIQUE PARETA, MIGUEL MARQUEZ ROMERO, a/k/a "Miguelito," HEINRICH CASTILLO DIAZ, a/k/a "Henry," JOSE ARNALDO BERMUDEZ, JR., a/k/a "Fat Boy," PAULO SABON MONTERO, a/k/a "Pipo," VALERIO ALVAREZ ABREU, SANTOS SAAVEDRA, a/k/a "Ruty," EUSTAQUIO LUIS CARDOSO VELIZ, a/k/a "Luisito," GLENIS PEREZ MARTINEZ, a/k/a "Wasi," YOVANIS FERNANDEZ, MANUEL NUEZ, a/k/a "Manolo," LIVAN PADRON DUQUE, a/k/a "Pipito," and JORGE FALLA** have an interest.

8

2.        Upon conviction of any of the violations alleged in Counts 1 through 8 of this Second Superseding Indictment, such defendants shall forfeit all of their right, title and interest to the United States in any property constituting, or derived from, any proceeds that the defendants obtained, directly or indirectly, as a result of such violation, and in any property used or intended to be used by the defendants, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

3.        Upon conviction of Count 8 of this Second Superseding Indictment, the defendant, **RAIMUNDO ANTONIO ROCA-NARANJO**, shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 853, and Title 18, United States Code, 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

DAVID L. JAFFE
CHIEF, VIOLENT CRIME AND RACKETEERING SECTION
UNITED STATES DEPARTMENT OF JUSTICE

_____

JESSICA A. MASSEY
TRIAL ATTORNEY
VIOLENT CRIME AND RACKETEERING SECTION
UNITED STATES DEPARTMENT OF JUSTICE

_____

ALIEU KARGBO
TRIAL ATTORNEY
VIOLENT CRIME AND RACKETEERING SECTION
UNITED STATES DEPARTMENT OF JUSTICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 25-20253-ARTAU(s)(s)

v.

BIENVENIDO LEO RODRIGUEZ, et al.,

_____ /
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) Yes
Number of New Defendants   18
Total number of new counts   4

**Court Division** (select one)
- ☐ Miami  ☐ Key West  ☐ FTP
- ☐ FTL  ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take __10__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☐  0 to  5 days
   - II  ☑  6 to 10 days
   - III  ☐  11 to 20 days
   - IV  ☐  21 to 60 days
   - V  ☐  61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Beth Bloom   Case No. 25-20253-CR-ARTAU(s)
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Sanchez, Lett, Louis   Magistrate Case No. 25-mj-3087; 25-mj-3147; 25-mj-3169
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____   Case No. _____
9. Defendant(s) in federal custody as of June 12, 2025; Roberto Rodriguez, Curiel, Del Pozo, Barrios
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Jessica A. Massey
DOJ Trial Attorney
SDFL Court ID No.   A5503083

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **BIENVENIDO LEO RODRIGUEZ**

**Case No**:     **25-CR-20253-ARTAU(s)(s)**

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

Count # 6:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

Count # 7:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **ROBERTO RODRIGUEZ**

**Case No**:    **25-CR-20253-ARTAU(s)(s)**

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

Count # 6:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **ALBERTO LEANDRO CURIEL**

**Case No**:     **25-CR-20253-ARTAU(s)(s)**

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

Count # 7:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **PEDRO GONZALEZ ALVAREZ**

**Case No**:    **25-CR-20253-ARTAU(s)(s)**

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

Count # 7:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **CLAUDIO ALBERTO BARRIOS**

**Case No**:   **25-CR-20253-ARTAU(s)(s)**

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

Count # 2:

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Four Years to Life
* **Max. Fine:** $5,000,000

Count # 4:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Four Years to Life
* **Max. Fine:** $5,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count # 6:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **RAIMUNDO ANTONIO ROCA-NARANJO**

**Case No**:   **25-CR-20253-ARTAU(s)(s)**

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Sections 846 and 841(a)(1)
* **Max. Term of Imprisonment:** 20 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three Years to Life
* **Max. Fine:** $1,000,000

Count # 8:

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)
* **Max. Term of Imprisonment:** 15 years imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three Years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **ROBERTO JIMENEZ**

**Case No**:  25-cr-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

Count # 7:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **LUIS ALEJANDRO SALCEDO REY**

**Case No**:      25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine: $5,000,000**

Count # 2:

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: 40** years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

Count # 3:

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 Years to Life
* **Max. Fine:** $5,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **ROLANDO RODRIGUEZ LUGO**

**Case No**:  25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

Count # 3:

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **DIEGO DIAZ DE LA CRUZ**

**Case No**:      25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

Count # 3:

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>LUCIA CUADRADO</u>

**Case No**:   25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

Count # 4:

Possession With Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **JORGE MAHIQUE PARETA**

**Case No**:      25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

Count # 4:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **MIGUEL MARQUEZ ROMERO**

**Case No**:     25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: HEINRICH CASTILLO DIAZ

Case No:      25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **JOSE ARNALDO BERMUDEZ, JR.**

**Case No**: _____ 25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years to Life
* **Max. Fine:** $10,000,000

Count # 5:

Possession With the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(b)(1)(C)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years to Life
* **Max. Fine:** $1,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **PAULO SABAON MONTERO**

**Case No**:  25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 3 Years to Life
* **Max. Fine:** $1,000,000

---

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>**VALERIO ALVAREZ ABREU**</u>

**Case No**: <u>25-CR-20253-ARTAU(s)(s)</u>

Count # 1:

<u>Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance</u>

<u>Title 21, United States Code, Section 846</u>
**\* Max. Term of Imprisonment:** 40 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** 5 years
**\* Max. Supervised Release:** at least 4 years
**\* Max. Fine:** $5,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SANTOS SAAVEDRA

**Case No**:   25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 3 Years to Life
* **Max. Fine:** $1,000,000

---

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>EUSTAQUIO LUIS CARDOSO VELIZ</u>

**Case No**: <u>25-CR-20253-ARTAU(s)(s)</u>

Count # 1:

<u>Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance</u>

<u>Title 21, United States Code, Section 846</u>
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

---

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **GLENIS PEREZ MARTINEZ**

**Case No**:      25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Five Years to Life
* **Max. Fine:** $10,000,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>YOVANIS FERNANDEZ</u>

**Case No**:        25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years to Life
* **Max. Fine:** $10,000,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **MANUEL NUEZ**

**Case No**:        25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to Life
* **Max. Fine:** $5,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **LIVAN PADRON DUQUE**

**Case No**: 25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 3 Years to Life
* **Max. Fine:** $1,000,000

---

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **JORGE FALLA**

**Case No**:    25-CR-20253-ARTAU(s)(s)

Count # 1:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

\* **Max. Term of Imprisonment:** 20 years
\* **Max. Supervised Release:** 3 Years to Life
\* **Max. Fine:** $1,000,000

---

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**